IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

LISA A. ROBINSON,                    )
                                     )
           Plaintiff,                )
                                     )
      v.                             )        CV 118-064
                                     )
NANCY A. BERRYHILL, Deputy           )
Commissioner for Operations of the Social )
Security Administration,             )
                                     )
           Defendant.                )

---

**ORDER**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case without prejudice under Loc. R. 41.1 for want of prosecution, and

**CLOSES** this civil action.

SO ORDERED this _22nd_ day of October, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA